UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NICHOLAS BRUCE MARES, an individual and on behalf of all others similarly situated,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC, a Washington limited liability company; LAST PIECE LOGISTICS, LLC., a California limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:26-cv-03914-JLT-EPG

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER

(ECF No. 10)

**TO THE HONORABLE COURT:**

Plaintiff Nicholas Bruce Mares ("Plaintiff") and Defendants Amazon Logistics, Inc., erroneously sued as Amazon.com Services, LLC ("Amazon") and Last Piece Logistics LLC (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the time for Defendants to respond to Plaintiff's Amended Class Action Complaint by 14 days, as follows:

WHEREAS, Plaintiff filed his initial Complaint in this action on December 14, 2022, in the Fresno County Superior Court;

WHEREAS, Amazon filed its Answer to Plaintiff's Complaint on January 25, 2023;

WHEREAS, Last Piece Logistics filed its Answer to Plaintiff's Complaint on February 16, 2023;

WHEREAS, on May 21, 2026, Amazon timely removed Plaintiff's action to this Court;

WHEREAS, on October 19, 2026, Plaintiff filed an Amended Class Action Complaint ("FAC") in this action;

WHEREAS, the Parties are meeting and conferring regarding Amazon's contemplated Motion to Dismiss the FAC and additional time is needed for the Parties to determine whether a Motion is necessary;

WHEREAS, Defendants have not previously requested an extension of time to respond to the FAC;

WHEREAS, the Parties have agreed to extend Defendants' time to respond to the FAC by 14 days from November 2, 2026, to November 16, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, by and through their undersigned counsel of record, that the deadline for Defendants to respond to Plaintiff's FAC is extended to November 16, 2026.

**IT IS SO STIPULATED.**

Dated: November 2, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By */s/Eva M. Nofri*

Jennifer B. Zargarof
Eva M. Nofri

Attorneys for Defendant
AMAZON LOGISTICS, INC., erroneously sued as AMAZON.COM SERVICES, LLC;

Dated: November 2, 2026

**BIBIYAN LAW GROUP, P.C.**

By */s/ RAFAEL YEDOYAN*

SARAH H. COHEN
RAFAEL YEDOYAN
Attorneys for Plaintiff, NICHOLAS BRUCE MARES, on behalf of himself and all others similarly situated and aggrieved

Dated: November 2, 2026

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By */s/ Keenan P. O'Conner*

Tim L. Johnson
Yousaf M. Jafri
Keenan P. O'Conner

Attorneys for Defendant, LAST PIECE LOGISTICS, LLC

ORDER

The Court, having read and considered the Joint Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint, and good cause appearing therefore, hereby orders as follows: The time for Defendants Amazon.com Services LLC and Last Piece Logistics LLC to respond to Plaintiff Nicholas Bruce Mares's First Amended Complaint is hereby continued from November 2, 2026, to November 16, 2026.

IT IS SO ORDERED.

Dated: **November 3, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE